NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000038**
**08-JUN-2017**
**08:35 AM**

NO. CAAP-15-0000038

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JAKE SAN, Plaintiff-Appellee, v.
MICHAEL S. YELLEN, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3RC 13-1-000922)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, Leonard and Ginoza, JJ.)

Upon consideration of Defendant-Appellant's Motion for Reconsideration filed on June 2, 2017, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, June 8, 2017.

On the motion:

Mike Yellen
for Defendant-Appellant *pro se*

Chief Judge

Associate Judge

Associate Judge